IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:22-cv-00304-ADA-DTG |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

### DECLARATION OF DARIUSH KEYHANI IN SUPPORT OF PLAINTIFF'S MOTION TO EFFECT ALTERNATIVE SERVICE ON MASABI LTD.

I, Dariush Keyhani, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am over twenty-one years of age and have personal knowledge of the following facts or access to information and/or records allowing me to confirm these facts.

2. I am a member of the law firm Keyhani LLC and represent Plaintiff Bytemark, Inc.

3. I submit this declaration in support of Plaintiff's Motion to Effect Alternative Service on Masabi Ltd.

4. Attached hereto as Plaintiff's Exhibit A is a true and correct copy of emails between Plaintiff's counsel, Andy Tindel, and Defendant's counsel, Doug P. LaLone between March 25, 2022 and April 14, 2022.

5. Attached hereto as Plaintiff's Exhibit B is a true and correct copy of emails between Maria J. Gutierrez of Judicial Support, Inc. and me.

6. Attached hereto as Plaintiff's Exhibit C is a true and correct copy of an affidavit of non-service I received on December, 19, 2022.

2

7.      Attached hereto as Plaintiff's Exhibit D is a true and correct copy of an email relating to the affidavit of non-service I received from Judicial Support, Inc. on December, 19, 2022.

Executed on: December 30, 2022

*/s/ Dariush Keyhani*
Darius Keyhani
