# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:22-cv-00304-ADA |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant | § | |

**DEFENDANT MASABI'S PROPOSED CLAIM TERMS FOR CONSTRUCTION**
**REGARDING U.S. PATENT NOS. 10,360,567 and 10,346,764**

Pursuant to the Standing Order Governing Patent Proceedings 4.4 and the Court's Scheduling Order (Dkt.#40), Defendant Masabi Ltd. ("Defendant") hereby serves its Proposed Claim Terms for Construction concerning United States Patent Nos. 10,360,567 ("the '567 Patent), and 10,346,764 ("the '764 Patent") (collectively the "Patents-in-Suit") on Plaintiff Bytemark, Inc.("Bytemark").

**MASABI'S LIST OF PROPOSED TERMS TO BE CONSTRUED**

1- pass

2- behavioral anomalies

3- time stamp

4- the pass data

5- mismatch of a hash value

6- updated usage data

7- fraudulent activity bit

Bytemark has not provided sufficient infringement contentions from which their apparent interpretation of the claim terms could be inferred. Therefore, Masabi reserves the right to amend,

1

supplement, and correct the aforementioned list of terms as information becomes available.


                                        **BROZYNSKI & DALTON PC**

DATED:  March  12, 2024                 By:  __/ Katarzyna Brozynski/_____
                                        Katarzyna Brozynski
                                        Bar No. 24036277
                                        5700 Tennyson Parkway, Suite 300
                                        Plano, TX 75204
                                        Tel: 972-371-0679
                                        Email: kasia@bdlegalgroup.com

                                        Douglas P. LaLone (*Pro Hac Vice Admitted*)
                                        **FISHERBROYLES, LLP**
                                        400 Renaissance Center, Suite 2600
                                        Detroit, MI 48243
                                        Telephone: 586.871.6302
                                        E-mail: Douglas.lalone@fisherbroyles.com

                                        *Attorneys for Defendant*
                                        *Masabi Ltd.*

2

## **CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on this the 12th day of March 2024.

By:    Douglas LaLone