# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:22-cv-00304-ADA |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant | § | |

## ORDER GRANTING MASABI LTD'S
## OPPOSED MOTION TO EXTEND DATES

THIS MATTER came before the Court on Masabi Ltd.'s Opposed Motion to Extend Dates ("MASABI" or "Defendant"), and consideration by the Court, it is hereby:

ORDERED that the Motion is Granted, and the deadlines are extended as follows:

| Prior Dates | Event | New Dates |
|---|---|---|
| May 13, 2024 | Masabi's Response to Plaintiff's Motion to Strike Masabi's CC Brief | June 3, 2024 |
| May 14, 2024 | Masabi files Reply CC brief. Parties email Clerk about Markman Hearing date | June 4, 2024 |
| May 28, 2024 | Plaintiff files Sur-Reply CC brief | June 18, 2024 |
| May 30, 2024 | Parties submit joint CC statement | June 20, 2024 |
| June 3, 2024 | Parties submit optional tutorials | June 24, 2024 |
| June 10, 2024 | Markman hearing (placeholder) | July 1, 2024 |
| June 11, 2024 | Fact discovery opens | July 2, 2024 |
| June 25, 2024 | Add parties | July 16, 2024 |
| July 11, 2024 | Serve Final Infringement and Invalidity Contentions | August 1, 2024 |

The remainder of dates on the Scheduling Order remain the same.

IT IS SO ORDERED this _____ day of _____, 2024.

_____
Hon. Alan D. Albright
United States District Judge