# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:22-cv-00304-ADA |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant | § | |

## SECOND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties and subject to the approval of the Court, that the following deadlines contained in the Scheduling Order (D.I. 40), are amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Masabi's Response to Plaintiff's Motion to Strike Masabi's CC Brief. | May 13, 2024 | June 3, 2024 |
| Defendant files Reply claim construction brief. | May 14, 2024 | June 4, 2024 |
| Plaintiff files a Sur-Reply claim construction brief. | May 28, 2024 | June 27, 2024 |
| Plaintiff files Reply Motion to Strike Masabi's CC Brief. | May 28, 2024 | June 27, 2024 |
| Parties submit Joint Claim Construction Statement and email the law clerks an editable copy. *See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). | May 30, 2024 | July 1, 2024 |

| Parties submit optional technical tutorials to the Court and technical advisor (if appointed). | June 3, 2024 | July 3, 2024 |
|---|---|---|
| Markman Hearing. | June 10, 2024 | July 10, 2024 |
| Fact discovery opens; deadline to serve Initial Disclosures per Rule 26(a). | June 11, 2024 | July 11, 2024 |
| Deadline to add parties. | June 25, 2024 | July 16, 2024 |
| Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. | July 11, 2024 | August 12, 2024 |
| Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) | September 16, 2024 | No change. |
| Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. | November 18, 2024 | No change. |
| Close of Fact Discovery. | December 13, 2024 | No change. |
| Opening Expert Reports. | December 20, 2024 | No change. |
| Rebuttal Expert Reports. | January 21, 2025 | No change. |
| Close of Expert Discovery. | February 4, 2025 | No change. |

| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | February 11, 2025 | No change. |
|---|---|---|

SO ORDERED this 17th day of May, 2024.

_____
Hon. Derek T. Gilliland
United States Magistrate Judge

3